■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS RIVERA, Appellant. [643 NYS2d 365] —Appeal by the defendant, as limited by his motion, from a sentence of the

Supreme Court, Queens County (Demakos, J.), imposed April 15, 1993.

Ordered that the sentence is affirmed (*see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Mangano, P. J., Bracken, Sullivan, Altman and Friedmann, JJ., concur.